IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT C. HANSEN,                           05-CV-1791-ST

        Plaintiff,                       ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

        Defendant.


**ALAN STUART GRAF**
Alan Stuart Graf, PC
P.O. Box 98
Summertown, TN 38483
(931) 964-3123

**KIMBERLY K. TUCKER**
Swanson, Thomas & Coon
820 S.W. Second Avenue, Suite 200
Portland, OR 97204
(503) 228-5222

        Attorneys for Plaintiff

1 -   ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1053

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2522

            Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#23) on December 20, 2006, in which she recommended this Court deny the Commissioner's Motion for Remand (#15) and reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See*

*also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#23). Accordingly, the Court **DENIES** the Commissioner's Motion for Remand (#15), **REVERSES** the Commissioner's decision, and **REMANDS** this case to the agency for the calculation and award of benefits consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 12th day of February, 2007.


/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER