Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED '07 MAR 20 15:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT HANSEN

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 05-1791-ST

ORDER FOR EAJA ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,549.37 for Equal Access to Justice Act (EAJA) attorney fees and costs of $265.00 to Plaintiff in care of Plaintiff's attorney for a total of $5,814.37.

It is so ordered:

DATED 20 March 2007

_____
United States ~~Magistrate~~ District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER